**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-01533-LTB

LUKAS MYERS and
HOWARD MYERS, individually and as father and next best friend of
ETHAN MYERS,

       Plaintiffs,

v.

HEALTHMARKETS, INC.;
CORNERSTONE AMERICA, and
STEVE KIRSCH,

       Defendants.
_____

**NOTICE**
_____

Please take notice that the undersigned has retained the services of Connie Smith of the firm Rothgerber Johnson & Lyons LLP for estate planning purposes. Any party wishing to suggest recusal of the undersigned may do so within 10 days from the date of this notice.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED: October 1, 2008